UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-30063 |
| Plaintiff, | |
| vs. | REDACTED FACTUAL BASIS STATEMENT |
| JEFFERY PICKNER, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense(s) to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

On or about between the 18th day of July, 1994, and the 17th day of July, 1995, in Buffalo County, in Indian country, in the District of South Dakota, the defendant, Jeffery Pickner, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [NAME REDACTED], a child who had not attained the age of 12 years, in violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2).

On or about between the 18th day of July, 1995, and the 17th day of July, 1996, in Buffalo County, in Indian country, in the District of South Dakota, the defendant, Jeffery Pickner, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [NAME REDACTED], a child who had not attained the age of 12 years, in violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2).

[NAME REDACTED] ([DOB REDACTED]), the victim, lived with his parents while growing up on the Crow Creek Sioux Indian Reservation. Jeffery Pickner, the defendant, lived in the same area and would often come to the victim's home. [NAME REDACTED] was sexually abused by the defendant at various times while he was growing up. The victim recalled multiple incidents when he was nine and ten years old where the defendant crawled under the blankets with the victim. During these encounters, the defendant would grope the victim's penis with his hand. The victim froze and stated he didn't know what to do. The defendant also had the victim grab defendant's penis during these incidents.

Jeffery Pickner is an enrolled member of the Crow Creek Sioux Tribe, a federally recognized tribe, enrollment number 342U002399, and is 19/32 degree of Indian by blood. All incidents occurred in Fort Thompson, South Dakota, which is within the exterior boundaries of the Crow Creek Sioux Indian Reservation and is considered Indian country.

ALISON J. RAMSDELL
United States Attorney

_5/2/23_
Date

_(signature)_
Troy R. Morley
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
Telephone: (605)224-5402
Facsimile: (605)224-8305
E-Mail: Troy.Morley@usdoj.gov

_5-3-23_
Date

_(signature)_
Jeffery Pickner
Defendant

_5-3-23_
Date

_(signature)_
Randy Turner
Attorney for Defendant